**RESOLUTION OF CARDILE MUSHROOMS C&M, LLC
AUTHORIZING THE FILING OF A PETITION IN BANKRUPTCY**

Following a special meeting of the Members of Cardile Mushrooms C & M, LLC, a Pennsylvania Limited Liability Company, having been duly called or a waiver of such requisite notice having been presented and the meeting being duly convened at the current offices of the Company located at 8790 Gap Newport Pike, Avondale, Pennsylvania on September 3, 2020 beginning at 9:30 a.m., all eligible Members present and constituting a quorum for the transaction of business the Company adopted the foregoing resolution:

WHEREAS, Cardile Mushrooms C & M, LLC is a limited liability company duly organized under the laws of the Commonwealth and which regularly maintains its business and financial records in the business offices located at 8790 Gap Newport Pike, Avondale, Pennsylvania, and has maintained its principal place of business and corporate headquarters at this location for more than the last 180 days;

WHEREAS, Cardile Mushrooms C & M, LLC presently has two members who act as co-managing members and are present and able to evaluate the necessary actions of the Company;

WHEREAS, each Member deems it necessary, advisable, and required, due to the Company's inability to pay its debts as they mature, and the inability to feasibly address the lender financing owed by the Company, to proceed and seek relief under Chapter 11 of Title 11 of the United States Code;

NOW THEREFORE BE IT RESOLVED, that it is in the best interest of the Limited Liability Company, its Members, Employees, and Officers and other individuals interested in the Company to obtain Federal Bankruptcy protection under Title 11 of the United States Code; and it is

FURTHER RESOLVED that each and every designated Managing Member, or executive employee authorized to act under the Company's Operating Agreement, be and hereby is authorized and directed, on behalf of the Company, to execute and file a Petition for Relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania as such time as any officer of the Corporation shall determine; and it is

FURTHER RESOLVED that either Matthew Cardile and /or Charles Cardile, III, as the designated co-managing member, or their proper designees shall be and hereby are authorized to execute and file all Petitions, Schedules, Statement of Financial Affairs, and any other writings or Motions and to take any and all action as they shall deem necessary and proper in connection with the proceedings under Chapter 11, and that in connection therewith are authorized to retain and employ the Law Firm of Offit Kurman, P.A. as legal counsel for the Debtor, and in conjunction with the Bankruptcy proceeding and to retain and employ the assistance of any other professionals which they deem necessary or proper in connection with such proceedings; and it is further

RESOLVED that the execution either Matthew Cardile or Charles Cardile, III, or any other duly elected or appointed authorized individual of the Company of the Petition, Schedules, Plan or arrangement or other writing, shall be conclusive evidence of the approval of the Company.

CARDILE MUSHROOMS C&M, LLC

BY: ______________________
MATTHEW CARDILE, *Co-Managing Member*

______________________
CHARLES CARDILE, *Co-Managing Member*

CONSENT PURSUANT TO MANAGEMENT OVERSIGHT AGREEMENT DATED JULY 31, 2018

______________________
MICHAEL P. CARDILE, SR.

Dated: September 9, 2020