9/18/20 5:04PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cardile Mushrooms C&M, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | **20-13778** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express PO Box 1270 Newark, NJ 07101** | | | | | | **$6,696.04** |
| **American Mushroom Cooperative Mushroom Counsel 900 West Valley Road, Suite 201 Wayne, PA 19087** | | | | | | **$14,565.61** |
| **Anthony Zunino, Inc. 290 Starr Road Landenberg, PA 19350** | | | | | | **$13,563.03** |
| **Bozel Enterprises, Inc. 500 Advantage Avenue Aberdeen, MD 21001** | | | | | | **$153,635.00** |
| **Brickstreet Insurance PO Box 11285 Charleston, WV 25339-1285** | | | | | | **$19,400.51** |
| **Coastal Sunbelt Produce PO Box 62860 Baltimore, MD 21264-2860** | | | | | | **$13,415.20** |
| **DMD Business Forms 204 South Maryland Avenue Wilmington, DE 19804** | | | | | | **$7,397.42** |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

9/18/20 5:04PM

Debtor **Cardile Mushrooms C&M, LLC**
Name

Case number *(if known)* **20-13778**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **FULCC 8023<br>PO Box 790408<br>Saint Louis, MO 63179-0408** | | | | | | **$26,370.80** |
| **Fulton Bank, N.A.<br>Fairgrounds Plaza<br>67 West Aylesbury Road<br>Lutherville Timonium, MD 21093** | | | | **$336,262.00** | **$0.00** | **$336,262.00** |
| **Giorgio Fresh Company<br>PO Box 781368<br>Philadelphia, PA 19178-1368** | | | | | | **$10,616.20** |
| **Keystone Collections Group<br>PO Box 449<br>Irwin, PA 15642** | | | | | | **$132,081.35** |
| **Max's Mushrooms<br>1 Healy Place<br>Avondale, PA 19311** | | | | | | **$6,792.00** |
| **McCarthy Weidler, P.C.<br>2000 Market Street<br>Suite 2820<br>Philadelphia, PA 19103** | | | | | | **$20,198.21** |
| **Murray Securus<br>PO Box 1728<br>Lancaster, PA 17608-1728** | | | | | | **$39,284.00** |
| **Reading Traffic Services, LLC<br>PO Box 700<br>Rehoboth Beach, DE 19971** | | | | | | **$55,200.00** |
| **Robert Half International Inc.<br>PO Box 743295<br>Los Angeles, CA 90074-3295** | | | | | | **$18,504.00** |
| **Specialty Packaging<br>135 North 5th Street<br>Oxford, PA 19363** | | | | | | **$7,064.74** |
| **State Auto Inspection Companies<br>PO Box 182738<br>Columbus, OH 43218-2738** | | | | | | **$8,936.80** |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Cardile Mushrooms C&M, LLC**
Name

Case number *(if known)* **20-13778**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Temple International Paper PO Box 644095 Pittsburgh, PA 15264-4095** | | | | | | **$18,947.18** |
| **Zee Medical Service Co. #52 2745B Leiscz's Bridge Road Reading, PA 19605** | | | | | | **$13,563.03** |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy