**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| CARDILE MUSHROOMS C&M, LLC | Bankruptcy No. 20-13778(ELF) |
| *Debtor.* | |

**STATEMENT OF QUALIFICATION AS**
**COMPLEX CHAPTER 11 CASE (L.B.F. 1002-2A)**

This Chapter 11 case was filed on September 18, 2020.

The undersigned Attorney for the Debtor (*Application Pending*) believes that this case qualifies under Local Bankruptcy Rule 1002-2 as a complex Chapter 11 case because:

___X___ the total debt in this case is more than 3 times the dollar amount stated in § 101 (51D);

________ the Debtor's debt securities are publicly traded;

________ the Debtor's equity securities are publicly traded, and/or;

________ there are 100 or more parties in interest in the case.

Respectfully submitted,

**OFFIT KURMAN, P.C.**

By: /s/ P.J. Winterhalter
PAUL J. WINTERHALTER
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
Telephone: (267) 338-1370
Facsimile: (256) 338-1335
E-mail: pwinterhalter@offitkurman.com

*Proposed Counsel for the Debtors and Debtors in Possession, Cardile Mushrooms, Inc., Cardile Mushrooms C&M, LLC, and C & C Entity, L.P.*

Dated: September 20, 2020
4811-6062-0746, v. 1