***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Chapter: 11

Cardile Mushrooms C&M, LLC

Debtor(s) Bankruptcy No: 20−13778−amc

***O R D E R***

**AND NOW,** this 21st day of September, 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case <B>MAY BE DISMISSED WITHOUT FURTHER NOTICE</B> if the documents listed are not filed by deadlines listed:
Matrix List of Creditors due 09/25/2020
Statement of Corporate Ownership due 10/2/2020
Equity Security Holders List due 10/2/2020
Atty Disclosure Statement due 10/2/2020
Schedule A/B due 10/2/2020
Schedule D due 10/2/2020
Schedule E/F due 10/2/2020
Schedule G due 10/2/2020
Schedule H due 10/2/2020
Statement of Financial Affairs due 10/2/2020
Statistical Summary of Certain Liabilities Form B206 due 10/2/2020
Any request for an extension of time must be filed prior to the expiration of the deadlines listed.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

6
Form 130