United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Cardile Mushrooms C&M, LLC
Debtor

Case No. 20-13778-amc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Virginia Page 1 of 1 Date Rcvd: Sep 21, 2020
Form ID: 130 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.
db +Cardile Mushrooms C&M, LLC, 8790 Gap Newport Road, Avondale, PA 19311-9730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 22 2020 04:09:47 Frederic J. Baker, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908

TOTAL: 1

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:
PAUL J. WINTERHALTER on behalf of Debtor Cardile Mushrooms C&M, LLC
pwinterhalter@offitkurman.com, rcovington@offitkurman.com

TOTAL: 1

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Chapter: 11

Cardile Mushrooms C&M,
LLC

Debtor(s) Bankruptcy No: 20−13778−amc

***O R D E R***

**AND NOW,** this 21st day of September, 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case <B>MAY BE DISMISSED WITHOUT FURTHER NOTICE</B> if the documents listed are not filed by deadlines listed:
Matrix List of Creditors due 09/25/2020
Statement of Corporate Ownership due 10/2/2020
Equity Security Holders List due 10/2/2020
Atty Disclosure Statement due 10/2/2020
Schedule A/B due 10/2/2020
Schedule D due 10/2/2020
Schedule E/F due 10/2/2020
Schedule G due 10/2/2020
Schedule H due 10/2/2020
Statement of Financial Affairs due 10/2/2020
Statistical Summary of Certain Liabilities Form B206 due 10/2/2020
Any request for an extension of time must be filed prior to the expiration of the deadlines listed.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court