United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Cardile Mushrooms C&M, LLC
Debtor

Case No. 20-13778-amc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Yvette Page 1 of 1 Date Rcvd: Sep 21, 2020
Form ID: pdf900 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.
db +Cardile Mushrooms C&M, LLC, 8790 Gap Newport Road, Avondale, PA 19311-9730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 22 2020 04:09:47 Frederic J. Baker, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908

TOTAL: 1

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:
PAUL J. WINTERHALTER on behalf of Debtor Cardile Mushrooms C&M, LLC
pwinterhalter@offitkurman.com, rcovington@offitkurman.com

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re Cardile Mushrooms C&M, LLC : Chapter 11

Debtor(s) : Bankruptcy No. 20-13778

NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

1. This matter is reassigned to the calendar of the Honorable Ashely M. Chan from the calendar of the Honorable Eric L. Frank.

Dated: September 21, 2020

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee