United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Cardile Mushrooms C&M, LLC
Debtor

Case No. 20-13778-amc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Sep 24, 2020
Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.

db    +Cardile Mushrooms C&M, LLC, 8790 Gap Newport Road, Avondale, PA 19311-9730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

ust    +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 25 2020 04:46:20 Frederic J. Baker, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908

TOTAL: 1

***** BYPASSED RECIPIENTS *****

NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:

GEORGE M. CONWAY on behalf of U.S. Trustee Frederic J. Baker george.m.conway@usdoj.gov
JEFFREY S. CIANCIULLI on behalf of Creditor Wilkinson Farms, Inc. jcianciulli@weirpartners.com, tpisano@weirpartners.com
PAUL J. WINTERHALTER on behalf of Debtor Cardile Mushrooms C&M, LLC pwinterhalter@offitkurman.com, rcovington@offitkurman.com
WALTER WEIR, JR. on behalf of Creditor Wilkinson Farms, Inc. wweir@weirpartners.com, smorris@weirpartners.com

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>C & C ENTITY, L.P.,<br><br>*Debtor*. | Chapter 11<br><br>Bankruptcy No. 20-13775(AMC)<br>(Joint Administration Requested) |
| In re:<br><br>CARDILE MUSHROOMS, INC.,<br><br>*Debtor*. | Chapter 11<br><br>Bankruptcy No. 20-13776(AMC) |
| In re:<br><br>CARDILE MUSHROOMS C&M, LLC,<br><br>*Debtor*. | Chapter 11<br><br>Bankruptcy No. 20-13778(AMC) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing procedural consolidation and joint administration of the Debtors' related Chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant

[1] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided, except as set forth herein; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under C & C Entity, L.P., Case No. 20-13775(AMC).

3. The caption of the jointly administered cases shall read as follows:

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| C & C ENITY, L.P., et al.,[1] | : | Bankruptcy No. 20-13775(AMC) |
| *Debtor.* | : | (Jointly Administered) |

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: C & C Entity, L.P. ("C & C")(5318), Cardile Mushrooms, Inc. ("CMI")(6208); and Cardile Mushrooms C&M, LLC ("C&M")(0670). The location of the C & C Entity, L.P. and Cardile Mushrooms, Inc. service address is: 540 Church Road, Avondale, PA 19311-9724. The location of the Cardile Mushrooms C&M, LLC service address is: 8790 Gap Newport Pike, Avondale, PA 19311.

---

4. The foregoing caption satisfies the requirements set forth in Section 342(c)(1) of the Bankruptcy Code.

5. An entry shall be made on the docket of each of the Debtors' cases, other than that of C & C Entity, L.P., Case No. 20-13775(AMC) that is substantially similar to the following:

> An Order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1002-3(b)(1) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Pennsylvania directing joint administration of the Chapter 11 cases of: C & C Entity, L.P., Case No. 20-13775(AMC); Cardile Mushrooms, Inc., Case No. 20-13776(MDC) and Cardile Mushrooms C & M, LLC, Case No. 20-13778(ELF). All further pleadings and other papers in such cases shall be filed in and all further docket entries shall be made in C & C Entity, L.P., Case No. 20-13775(AMC).

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania shall keep, one consolidated docket, one file, and one consolidated service list.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**BY THE COURT:**

**Date: September 23, 2020**

______________________________
**ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: September _____, 2020

4821-2622-7914, v. 1