UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re. CARDILE MUSHROOMS C&M, LLC | § | Case No. 20-13778 |
| | § | |
| | § | Lead Case No. 20-13775 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2022

Petition Date: 09/18/2020

Months Pending: 21

Industry Classification: 1 1 1 4

Reporting Method: Accrual Basis ◉ Cash Basis ◯

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 38

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/S/ Matthew Cardile
Signature of Responsible Party

Matthew Cardile
Printed Name of Responsible Party

06/08/2022
Date

8790 GAP NEWPORT ROAD AVONDALE, PA 19311
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $274,676 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $263,214 | $0 |
| d. | Cash balance end of month (a+b-c) | $11,462 | |
| e. | Disbursements made by third party for the benefit of the estate | $-250,000 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $13,214 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $151,783 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $151,783 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $163,245 |
| e. | Total assets | $163,245 |
| f. | Postpetition payables (excluding taxes) | $11,708 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $11,708 |
| k. | Prepetition secured debt | $9,520,833 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $4,700,450 |
| n. | Total liabilities (debt) (j+k+l+m) | $14,232,991 |
| o. | Ending equity/net worth (e-n) | $-14,069,746 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $13,214 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-13,214 | $0 |

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxvii | | | | | | |

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxvii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $83,107 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | | Yes ○ No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | Yes ○ No ◉ |
| c. | Were any payments made to or on behalf of insiders? | | Yes ○ No ◉ |
| d. | Are you current on postpetition tax return filings? | | Yes ◉ No ○ |
| e. | Are you current on postpetition estimated tax payments? | | Yes ◉ No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | | Yes ◉ No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | Yes ○ No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | | Yes ◉ No ○ N/A ○ |
| i. | Do you have: | Worker's compensation insurance? | Yes ○ No ◉ |
| | | If yes, are your premiums current? | Yes ○ No ○ N/A ◉ (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ○ No ◉ |
| | | If yes, are your premiums current? | Yes ○ No ○ N/A ◉ (if no, see Instructions) |
| | | General liability insurance? | Yes ○ No ◉ |
| | | If yes, are your premiums current? | Yes ○ No ○ N/A ◉ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ○ No ◉ |
| k. | Has a disclosure statement been filed with the court? | | Yes ○ No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ◉ No ○ |

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Matthew Cardile | Matthew Cardile |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Co-Managing Member | 06/08/2022 |
| Title | Date |

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name CARDILE MUSHROOMS C&M, LLC Case No. 20-13778

PageThree

PageFour

# Optimize Business Checking SM

Account number: [redacted]5924 ■ April 1, 2022 - April 30, 2022 ■ Page 1 of 2

WELLS FARGO

CARDILE MUSHROOMS C & M, LLC
PO BOX 299
AVONDALE PA 19311-0299

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### *Optimize Business Checking SM*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]5924 | $261,283.19 | $20,998.03 | -$959.12 | $281,322.10 |

## Credits

**Electronic deposits/bank credits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 04/01 | 19,950.50 | Desktop Check Deposit |
| | 04/27 | 1,047.53 | Desktop Check Deposit |
| | | **$20,998.03** | **Total electronic deposits/bank credits** |
| | | **$20,998.03** | **Total credits** |

## Debits

**Electronic debits/bank debits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 04/04 | 41.33 | Purchase authorized on 04/01 WWW.1and1.Com Chesterbrook PA S582092004160684 Card 1612 |
| | 04/07 | 509.21 | Metlife Payment 220407 50001465800 C&M Mushrooms |
| | 04/21 | 231.91 | *Lincoln Natlife Prempaymnt T400275692 Cardile C & M Mushro |
| | 04/28 | 176.67 | *Lincoln Natlife Prempaymnt T400273950 Cardile C & M Mushro |
| | | **$959.12** | **Total electronic debits/bank debits** |
| | | **$959.12** | **Total debits** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

WELLS FARGO

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 261,283.19 | 04/07 | 280,683.15 | 04/27 | 281,498.77 |
| 04/01 | 281,233.69 | 04/21 | 280,451.24 | 04/28 | 281,322.10 |
| 04/04 | 281,192.36 | | | | |

**Average daily ledger balance** **$280,833.82**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**Report (GLTRLR1)** **Trial Balance as of 5/31/2022**

**In Functional Currency**

| | |
|---|---|
| **Sort By** | [Account No.] |
| **Include Accounts With No Activity** | [No] |
| **For Year-Period** | [2022 - 08] |
| **From Account No.** | [ ] To [ZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZ] |
| **From Account Group** | [ ] To [ZZZZZZZZZZZZ] |
| **Use Rolled Up Amounts** | [No] |

| Account Number | Description | Debits | Credits |
|---|---|---|---|
| 100-00 | Out of Balance Error | | 30.90 |
| 104-10 | Cash - Operating - Fulton | 488.83 | |
| 104-55 | Wells Fargo Operating Account | 245,032.74 | |
| 109-00 | Payroll Clearing | 0.00 | |
| 110-00 | Cash - CFSB Debt Reserve #140008798 | 39.75 | |
| 110-01 | Cash - CFSB Working Capital Account #1400087 | 3,000.00 | |
| 121-00 | Accounts Receivable - Trade | 151,783.43 | |
| 128-00 | Loans and Exchanges | | 37,584.76 |
| 146-00 | Affliate Receivable - C&C Entity | 548,161.79 | |
| 147-00 | Affliate Receivable - CMI | 9,144.48 | |
| 153-02 | Inventory - Material & supplies | 0.00 | |
| 155-00-10 | Inventory - PA Disribution Center | 0.00 | |
| 160-00 | Prepaid Insurance | 150,662.00 | |
| 167-00 | Prepaid taxes | 0.00 | |
| 187-00 | Loan Origination Costs | 311,400.00 | |
| 207-00 | Machinery & Equipment | 154,129.29 | |
| 211-00 | Vehicles | 103,636.02 | |
| 215-00 | Mushroom Houses | 8,150,000.00 | |
| 216-00 | HVAC Equipment | 6,805,288.00 | |
| 276-00 | Accum Deprec-Fixed Assets | | 1,793,913.34 |
| 313-00 | Accounts Payable - Trade | | 5,530,586.34 |
| 316-00 | Payables Clearing | | 0.00 |
| 316-03 | Shipment Clearing | | 0.00 |
| 317-00 | Affliate Payable - CMI | | 117,810.97 |
| 318-00 | Intercompany Payable - C&C | 452,444.58 | |
| 325-00 | Accrued Expenses | | 98,325.00 |
| 333-00 | Payroll Taxes Payable | | 0.00 |
| 371-00 | CFSB PAYMENTS | 20,000.00 | |
| 381-00 | Accrued Interest CFSB | | 1,852,617.26 |
| 383-00 | Accrued Payroll | | 0.00 |
| 385-00 | CFSB/USDA B&I Loan #1700000826 | | 4,729,166.58 |
| 386-00 | CFSB/USDA REAP Loan #1700000846 (041220 | | 4,791,666.70 |
| 416-00 | Additonal Paid-in-Capital | | 7,802,237.55 |
| 501-00-10 | Mushroom Sales - White, PA | 192.82 | |
| 501-55-10 | Sales - PA Distribution Center | | 597,908.73 |
| 517-00-10 | Sales Returns & Allowances, PA | 2,714.49 | |
| 517-00-20 | Sales Returns & Allowances, FL | 0.00 | |
| 601-10-10 | Variance, PA | 0.00 | |
| 601-55-10 | Cost of Goods Sold - PA Distribution Center | 432,203.06 | |
| 605-00-10 | Direct Labor, PA | 38,907.27 | |
| 607-00-10 | Payroll Taxes, PA | 2,942.36 | |
| 608-00-10 | Contract Labor, PA | 74,250.58 | |
| 609-00-10 | Contract Services, PA | 6,106.55 | |
| 610-00-10 | Car and Truck Rental, PA | 12,244.59 | |
| 611-01-10 | Vehicle R/M, PA | 209.22 | |
| 612-00-10 | Packaging Supplies, PA | 99,835.72 | |

| | | | |
|---|---|---|---|
| 614-00-10 | Miscellaneous Supplies, PA | 6,173.00 | |
| 615-00-10 | Operating Supplies, PA | 2,925.80 | |
| 617-00-10 | Gas, Diesel andTolls, PA | 4,710.00 | |
| 619-00-10 | Depreciation, PA | 43,115.00 | |
| 625-00-10 | Freight, PA | 2,750.00 | |
| 803-00-10 | Amortization, PA | 3,704.07 | |
| 811-00-10 | Bank Charges, PA | 18.00 | |
| 825-00 | Dues & Subscriptions | 1,826.78 | |
| 825-00-10 | Dues & Subscriptions, PA | 3,071.83 | |
| 831-00-10 | Finance Charges, PA | 8,500.00 | |
| 833-00 | Insurance | 1,018.42 | |
| 833-00-10 | Insurance, PA | 9,116.01 | |
| 834-00-10 | Medical Insurance, PA | 195.00 | |
| 835-00-10 | Life Insurance, PA | 2,143.53 | |
| 839-00-10 | Legal & Accounting, PA | 50,621.97 | |
| 844-00-10 | Medical Expenses, PA | 174.90 | |
| 845-00-10 | Miscellaneous Expense, PA | 200.35 | |
| 847-00-10 | Office Supplies & Expenses, PA | 41.33 | |
| 855-00-10 | Professional Fees, PA | 1,239.82 | |
| 875-00-10 | Telephone, PA | 694.05 | |
| 905-00 | Miscellaneous Expense | 2,957.53 | |
| 941-00 | Interest Expense | 60,000.00 | |
| 945-00 | Miscellaneous Income | | 5,316.88 |
| 984-00 | Retained Earnings | 9,377,150.05 | |
| | **Total:** | **27,357,165.01** | **27,357,165.01** |
| | **Net Income (Loss) for Accounts Listed:** | **271,578.44** | |

**70 accounts printed**