**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CARDILE MUSHROOMS C&M, LLC | : | Bankruptcy No. 20-13778 (AMC) |
| *Debtor* | : | |

**ORDER DISMISSING CASE**

AND NOW, this ____ day of June, 2022, upon consideration of the Debtor's Motion to Dismiss, and over the objection by the United State trustee, it is now, therefore,

ORDERED, that the Debtor's Motion is GRANTED, and this case is hereby DISMISSED.

**BY THE COURT:**

______________________________
ASHELY M. CHAN
United States Bankruptcy Judge

Dated: ________________